\_\_\_FILED       \_\_\_ENTERED
\_\_\_LODGED    \_\_\_RECEIVED

★   MAY 24 2006   ★

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

06-CV-00726-REQ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

WASHINGTON ASSOCIATION OF CHURCHES, as an organization and representative of its members; WASHINGTON ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW (ACORN), as an organization and representative of its members; ORGANIZATION OF CHINESE-AMERICANS – GREATER SEATTLE CHAPTER, as an organization and representative of its members; CHINESE INFORMATION & SERVICE CENTER, as an organization and representative of its clients; FILIPINO AMERICAN POLITICAL ACTION GROUP OF WASHINGTON, as an organization and representative of its members; KOREAN AMERICAN VOTERS ALLIANCE, as an organization and representative of its members; SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU) – LOCAL 775, as an organization and representative of its members; and WASHINGTON CITIZEN ACTION, as an organization and representative of its members,

Plaintiffs,

vs.

SAM REED, in his official capacity as Secretary of State for the State of Washington,

Defendant.

No. CV06-0726 RSM

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

---

[Proposed] Order Granting Pl. Mot. for Prelim. Injunction
(CV 06-0726RSM)

**ORIGINAL**

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

1  Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, and the Opposition
2  and Reply thereto, it is hereby:
3  **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED** and
4  Defendant and his employees, agents, representatives, and successors in office are preliminarily
5  enjoined from refusing to register voters whose information cannot be "matched."

6  Dated, this ___ day of _____, 2006.
7

8
                                                    _____
9                                                   UNITED STATES DISTRICT JUDGE

10
11  Presented by:
12
13  /S/ Louis D. Peterson       /Sarah A. Dunne
    Louis D. Peterson, WSBA #5776
14  Sarah A. Dunne, WSBA #34869
    HILLIS CLARK MARTIN & PETERSON, P.S.
15  1221 Second Avenue, Suite 500
    Seattle, WA 98101
16  (206) 623-1745
17
    OF COUNSEL:
18
19  Robert A. Atkins (*pro hac vice* pending)
    Evan Norris (*pro hac vice* pending)
20  J. Adam Skaggs
    PAUL, WEISS, RIFKIND,
21    WHARTON & GARRISON LLP
22  1285 Avenue of the Americas
    New York, New York 10019-6064
23  (212) 373-3000
24  //
25  //
26
27  //
28  //

[Proposed] Order Granting Pl. Mot. for Expedited Discovery
(CV 06-0726 RSM) – Page 1 of 2

Wendy R. Weiser (*pro hac vice* pending)
Justin Levitt (*pro hac vice* pending)
BRENNAN CENTER FOR JUSTICE
　at NYU School of Law
161 Avenue of the Americas, 12th Floor
New York, New York 10013
(212) 998-6730

*Attorneys for Plaintiffs*

#330348 99732-002 72wc011.doc 5/24/2006

*[Proposed] Order Granting Pl. Mot. for Expedited Discovery*
*(CV 06-0726 RSM) – Page 2 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789