The Honorable RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON ASSOCIATION OF CHURCHES, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SAM REED, in his official capacity as Secretary of State for the State of Washington,<br><br>　　　　　　　Defendant. | NO. CV06-0726RSM<br><br>STIPULATED ORDER GRANTING ATTORNEYS' FEES AND COSTS IN FAVOR OF PLAINTIFFS |

WHEREAS, this Court previously entered an Order, dated March 16, 2007, resolving the merits of this action, reserving for future consideration claims for costs and attorney fees and retaining jurisdiction of this action to enforce the terms of that Order and to adjudicate claims for costs and attorney fees; and

WHEREAS, following discussion and consideration, the parties mutually stipulate to the entry of this Order, granting attorney fees from Defendant to counsel for Plaintiffs;

NOW THEREFORE,

Pursuant to the stipulation of the parties, the Court hereby ORDERS as follows:

1. Defendant shall pay, in a manner to be provided by counsel for Plaintiffs, the sum of $575,000 in full settlement of all claims for attorney fees and costs associated with this

STIPULATED ORDER GRANTING
ATTORNEYS' FEES AND COSTS IN
FAVOR OF PLAINTIFFS
NO. CV06-0726RSM

1

ATTORNEY GENERAL OF WASHINGTON
1125 WASHINGTON STREET SE
PO BOX 40100
OLYMPIA, WA 98504-0100
(360) 753-6200

action. This sum shall be payable on July 2, 2007, or seven calendar days after the date of entry of this Order by the Court, which ever is later.

2. This Order constitutes a final order resolving all claims for costs and attorney fees in this action. This Court retains jurisdiction of this action solely for the purpose of enforcing the terms of the Order entered March 16, 2007, and of this Order.

IT IS SO ORDERED.

DATED this _____ day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION**

The parties stipulate to the entry of the above order in full and final resolution of all claims for costs and attorney fees

DATED this _____ day of June, 2007.

| HILLIS CLARK MARTIN & PETERSON | ROBERT M. MCKENNA ATTORNEY GENERAL |
|---|---|
| /s/ | /s/ |
| Louis D. Peterson, WSBA # 5776<br>1221 Second Avenue, Suite 500<br>Seattle, WA 98101-2925<br>(206) 623-1745; (206) 623-7789 (fax)<br>lpd@hcmp.com<br><br>*Attorneys for Plaintiffs Washington Association of Churches, et al.* | James K. Pharris, WSBA #5313<br>Jeffrey T. Even, WSBA #20367<br>Deputy Solicitors General<br><br>Greg Overstreet, WSBA #26682<br>Special Assistant Attorney General<br><br>1125 Washington Street SE<br>PO Box 40100<br>Olympia, WA 98504-0100<br>(360) 664-3027<br>jamesp@atg.wa.gov<br>*Counsel for Defendant* |

STIPULATED ORDER GRANTING ATTORNEYS FEES AND COSTS IN FAVOR OF PLAINTIFFS -- NO. CV06-0726RSM

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

| | |
|---|---|
| 1 | OF COUNSEL: |
| 2 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 3 | |
| 4 | Robert A. Atkins* <br> Evan Norris* <br> J. Adam Skaggs* |
| 5 | Patricia E. Ronan* <br> 1285 Avenue of the Americas |
| 6 | New York, NY  10019-6064 <br> (212) 373-3000 |
| 7 | *Admitted *pro hac vice* |
| 8 | |
| 9 | BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW |
| 10 | Wendy R. Weiser* <br> Justin Levitt* |
| 11 | 161 Avenue of the Americas, 12th floor <br> New York, NY  10013 |
| 12 | (212) 998-6730 <br> *Admitted *pro hac vice* |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

STIPULATED ORDER GRANTING ATTORNEYS' FEES AND COSTS IN FAVOR OF PLAINTIFFS NO. CV06-0726RSM

3

ATTORNEY GENERAL OF WASHINGTON
1125 WASHINGTON STREET SE
PO BOX 40100
OLYMPIA, WA  98504-0100
(360) 753-6200